```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                     CENTRAL DIVISION AT LEXINGTON
```

| | | |
|---|---|---|
| MARIA E, | ) | |
| | ) | |
|     Plaintiff, | ) | Civil No. 5:17-cv-00-98-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | **JUDGMENT** |
| SOLUTIONS, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

                      \*\*\*  \*\*\*  \*\*\*  \*\*\*

In keeping with the Court's Memorandum Opinion and Order of even date, **IT IS ORDERED:**

    (1)  That judgment is **ENTERED** in favor of Defendant;

    (2)  That all claims are **DISMISSED WITH PREJUDICE**;

    (3)  That all deadlines and scheduled proceedings are **CONTINUED GENERALLY**;

    (4)  That any remaining claims for relief or pending motions are **DENIED AS MOOT**;

    (5)  that this Order is a **FINAL AND APPEABLE ORDER** and **THERE IS NO JUST CAUSE FOR DELAY**;

    (6)  and that the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET.**

This the 27th day of February, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge